IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Carolina Auto Remarketing Services, LLC and Douglas Camburn, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| Zurich Insurance Group and Universal Underwriters Insurance Company, | ) ) ) |
| Defendants. | ) ) ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ZURICH INSURANCE GROUP ONLY**

C.A. No.: 2:17-cv-00858-PMD

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, Carolina Auto Remarketing Services, LLC and Douglas Camburn, and the defendant, Zurich Insurance Group, by and through their undersigned attorneys, having entered into a tolling agreement, hereby stipulate and agree to dismiss the above-captioned action and any and all related claims or any other claims without prejudice and they are hereby dismissed without prejudice as to Zurich Insurance Group only. This dismissal does not effect the plaintiffs' claims against Universal Underwriters Insurance Company.

June 13, 2017

s/G. Hamlin O'Kelley
G. Hamlin O'Kelley, III (Fed ID # 7313)
Buist, Byars & Taylor, LLC
652 Coleman Boulevard, Suite 200
Mt. Pleasant, South Carolina 29464
(843)856-4488
Hamlin.okelley@buistbyars.com

Attorneys for Plaintiffs, Carolina Auto Remarketing Services, LLC and Douglas Camburn

2

<div style="display:flex;justify-content:space-between;">

<u>June 13, 2017</u>

<u>s/Phillip E. Reeves</u>
Phillip E. Reeves (Fed ID # 3232)
Gallivan, White & Boyd, P.A.
Post Office Box 10589
Greenville, South Carolina 29603
(864)271-9580
preeves@gwblawfirm.com

Attorneys for Defendant, Zurich Insurance Group and Universal Underwriters Insurance Company

</div>

2