AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Carolina Auto Remarketing Services, LLC and Douglas Camburn, *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:17-cv-858-BHH |
| Universal Underwriters Insurance Company, *Defendant* | ) | |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___________________ recover costs from the plaintiff *(name)* _________________.

✔ other: Having granted Defendant's motion for summary judgment, the Court dismisses this action. Summary judgment is entered in favor of Defendant Universal Underwriters Insurance Company.

This action was *(check one)*:

❒ tried by a jury, the Honorable ______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable ____________ presiding, without a jury and the above decision was reached.

✔decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date: September 15, 2020

*CLERK OF COURT*

s/ Virginia Druce, Deputy Clerk

*Signature of Clerk or Deputy Clerk*